**Dismissed; Opinion Filed August 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00404-CV

### IN THE INTEREST OF T.A.H. AND L.L.M., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-04370**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Nowell

Appellant's brief in this case is overdue. By postcard dated July 31, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor has she corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190404F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.A.H. AND
L.L.M., CHILDREN

No. 05-19-00404-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-18-04370.
Opinion delivered by Justice Nowell,
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 20th day of August, 2019.